IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN S. JACKSON**  **PLAINTIFF**
ADC #152239

v.  Case No. 4:21-cv-00372-LPR

**LESLIE RUTLEDGE**  **DEFENDANT**

## ORDER

Plaintiff John S. Jackson is in custody at the Ouachita River Unit of the Arkansas Division of Correction. He filed this action *pro se*, along with a Motion for Leave to Proceed *In Forma Pauperis* ("IFP") (Docs. 1, 2). Mr. Jackson now has filed a voluntary Motion to Dismiss. (Doc. 7). Mr. Jackson asks to withdraw his Complaint "due to mental health issues and lack of funds." (*Id.*) Mr. Jackson's Motion to Dismiss (Doc. 7) is GRANTED. FED. R. CIV. P. 41(a)(1)(A). Accordingly, this case is DISMISSED without prejudice.

Because the Court neither ruled on Mr. Jackson's IFP Motion nor took any further action in this case before Mr. Jackson filed his Motion to Dismiss, Mr. Jackson's IFP Motion (Doc. 2) is DENIED as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 19th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE