IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN S. JACKSON                                                                       PLAINTIFF
ADC #152239

v.                                   Case No. 4:21-cv-00372-LPR

LESLIE RUTLEDGE                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff John S. Jackson's Complaint is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 19th day of May 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE